TRIAL COURT CASE NO. _____

|   |   |
|---|---|
| § | IN THE DISTRICT COURT |
| § | FILED IN |
| § | 15th COURT OF APPEALS |
| § | _____ COUNTY, TEXAS / AUSTIN, TEXAS |
| § | 3/18/2025 11:06:42 AM |
| § | _____ JUDICIAL DISTRICT / CHRISTOPHER A. PRINE |
|   | Clerk |

# DISTRICT CLERK'S INFORMATION SHEET

THE FOLLOWING INFORMATION HAS BEEN COMPILED BY THE DISTRICT CLERKS OFFICE:

Date of order appealed: _____

Type of Order (Interlocutory or Final) _____

Date Motion for New Trial Filed: _____

Request for Findings of Fact and Conclusions of Law filed: _____

Date Notice of Appeal Filed: _____

Name of judge who entered judgment: _____

Name of court reporter: _____

    Address of court reporter: _____

Name of attorney on appeal: _____ SB#: _____

    Attorney Address: _____

    Attorney E-Mail Address: _____

    Attorney on appeal (check applicable box):

        ☐ appointed        ☐ retained        ☐ Pro Se

Name of Appellee's Attorney: _____ SB# _____

    Attorney Address: _____

    Attorney E-Mail Address: _____

**Send Information Sheet, Notice of Appeal and Motion for New Trial (if filed) to:**

Third Court of Appeals (E-Mail Copy in PDF format to: 3rdClerksAndReporters@txcourts.gov)

Court Reporter: _____E-Mail    _____Hand Delivery    _____Mail

On_____        By:_____(clerk's initials)